**In re: VI–JON, INC., Appellant.**

**No. 2015–1387.**

United States Court of Appeals, Federal Circuit.

Jan. 11, 2016.

Andrew C. Ryan, Cantor Colburn LLP, Hartford, CT, argued for appellant.

Sarah E. Craven, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Thomas W. Krause, Meredith Hope Schoenfeld, Amy J. Nelson.

PROST, Chief Judge, DYK and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.